UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MERZ,

      Plaintiff,                         Case No. 15-cv-13088
                                             Hon. Matthew F. Leitman

v.

MERCHANTS & MEDICAL
CREDIT CORPORATION, INC.,

      Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT (ECF #22)**

On July 27, 2015, Plaintiff Christopher Merz ("Merz") filed a Complaint against Defendant Merchants & Medical Credit Corporation, Inc. ("M&M") in state court.[1] (*See* Notice of Removal, ECF #1-1 at 5, Pg. ID 9; attaching the state court complaint.) On July 31, 2015, M&M removed the case to this Court. (ECF #1 at 1, Pg. ID 1.) The Complaint includes two claims against M&M: (1) Negligent Violation of the Fair Credit Reporting Act; (2) Willful Violation of the Fair Credit Reporting Act. (ECF #1-1 at 8-10, Pg. ID 12-14.) M&M filed a motion for summary

---

[1] The Complaint also included claims against Trans Union, LLC, Equifax Information Services, LLC, and Experian Information Solutions, Inc. These defendants were voluntarily dismissed on November 23, 2015, December 18, 2015, and September 8, 2016, respectively. (*See* ECF ## 13, 15, 21.)

1

judgment (the "Motion") on September 16, 2016. (*See* ECF #22.) The Court held a hearing on the Motion on December 21, 2016.

For the reasons stated on the record at the December 21, 2016 hearing, the Court **DENIES** the Motion (ECF #22).

**IT IS SO ORDERED.**

Dated: December 21, 2016

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113