UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MERZ,

    Plaintiff,

Case No. 15-cv-13088
Hon. Matthew F. Leitman

v.

MERCHANTS & MEDICAL CREDIT
CORPORATION, INC.,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the jury verdict rendered on May 18, 2017, judgment is entered in favor of Defendant, Merchants & Medical Credit Corporation, and against Plaintiff, Christopher Merz.

                                   DAVID J. WEAVER
                                   CLERK OF COURT

                        By:   s/Holly A. Monda
                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: May 23, 2017
Detroit, Michigan